## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**STEPHANAS ZIMMERMAN,**
        **Plaintiff,**

**v.**                                  **Case No: 08-2381-CM**

**GENERAL REVENUE CORPORATION,**
        **Defendant.**

### ORDER

Plaintiff filed a Notice of Dismissal with Prejudice on September 24, 2008. A summons was returned executed on August 26, 2008. Accordingly, it is hereby

ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed with prejudice, without costs, disbursements or attorney's fees to any party.

**IT IS SO ORDERED** this **24th day of September, 2008.**

                                            **s/ Carlos Murguia**
                                            **Carlos Murguia**
                                            **U.S. District Judge**